# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEFRETIRI ABAT**, <br><br> Plaintiff, <br><br> v. <br><br> **ALAMEDA HEALTH SYSTEM**, <br><br> Defendant. | Case No.: 4:24-cv-01739-YGR <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO ATTEND CONFERENCES;** |

**TO PLAINTIFF NEFRETIRI B ABAT**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $25 for failure to attend case management conferences, as required by Court's Standing Order in Civil Cases. The Court has held two case management conferences, on September 16 and September 30, that plaintiff was required to attend. Plaintiff has not attended the scheduled case management conferences, prepared a joint case management statement with opposing counsel, or otherwise contacted the Court to explain why she is not complying.

Consequently, **plaintiff shall file a statement by October 25** confirming that she has seen this order and explaining why she did not attend the case management conferences scheduled for September 16 and 30.

**IT IS SO ORDERED**.

Date: October 1, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**