**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEFRETIRI ABAT,<br><br>        Plaintiff,<br><br>    **vs.**<br><br>ALAMEDA HEALTH SYSTEM,<br><br>        Defendant. | Case No.:   24-CV-01739    YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH STANDING ORDER** |

The Court set a Case Management Conference for February 9, 2026 (Dkt. No. 84). Defendant's counsel appeared, but plaintiff failed to appear to this Court-ordered hearing. Plaintiff Nefretiri Abat is **ORDERED TO SHOW CAUSE** why she should not be sanctioned in the amount of $100 for failure to comply with this Court's order.

By no later than **Monday, March 2, 2026**, Ms. Abat must file a written response to this Order to Show Cause. If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

A hearing on this Order to Show Cause will be held on **Monday, March 9, 2026,** on the Court's **2:01 p.m.** Calendar via Zoom.

Plaintiffs have a duty to prosecute their case. That includes complying with the Court's standing order and attending scheduled appearances. Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email

federalprobonoproject@sfbar.org.  The Help Center's website is available at https://cand.uscourts.gov/legal-help.

The District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial.  It is available electronically online (http://cand.uscourts.gov/prosehandbook) or in hard copy, free of charge, from the Clerk's Office.

**IT IS SO ORDERED.**

**Date:**   February 12, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2